UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-24249 |
| Jesus Garcia, Jr. | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER 11 U.S.C. SECTION 363(f)

This matter coming before the Court on the motion of Debtor to sell property free and clear of liens under 11 U.S.C. section 363(f), the Court being advised in the premises, and due notice having been given,

IT IS HEREBY ORDERED THAT:

1. The Debtor's motion to sell property located at 5117 W Roosevelt Rd., Cicero, IL 60804 free and clear of liens under 11 U.S.C. section 363(f) is granted.

2. The Debtor must provide the Trustee with a complete copy of the closing statement within 10 days of closing.

3. The Debtor shall payoff his plan base, at the 100% payoff of $43,325.00.  In the event proceeds exceed Debtor's plan base, Debtor may retain all remaining proceeds.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:    JUL - 2 2019

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600