UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-24249 |
| Jesus Garcia, Jr. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER ON MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS 363(F)**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to SELL PROPERTY FREE AND CLEAR OF LIENS 363(F); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED THAT:

1. The Debtor's Motion to SELL PROPERTY FREE AND CLEAR OF LIENS 363(F) located at 5117 W Roosevelt Rd., Cicero, IL 60804 is granted as set forth herein.

2. Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

3. Debtor will payoff his plan base, at the 100% payoff provided for by the office of the Trustee and in the event proceeds exceed Debtor's plan base, Debtor will retain all remaining proceeds.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 25, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600